In the Matter of ALAN CSORBA, Appellant, v DENISE RENZI, Respondent.

Submitted November 1, 2010; decided December 21, 2010

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Family Court's denial of appellant's application to enforce a prior order of Family Court, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.